JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VICTORIA VAINSHTOK, | No. C 08-1381 WDB |
|     Plaintiff, | |
| v. | **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| Department of Homeland Security, Michael Chertoff, Secretary, et al., | |
|     Defendants. | |

    Plaintiff, by and through her attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about March 11, 2008. Defendants' response is due on May 16, 2008.

    2. Pursuant to this Court's March 11, 2008 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on June 11, 2008, and attend a case management conference on June 18, 2008.

    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

STIP TO EXTEND
No. C 08-1381 WDB

1  Last day to file Defendants' Answer:                              July 8, 2008
2  Last day to file Joint ADR Certification:                         July 22, 2008
3  Last day to file/serve Joint Case Management Statement:           July 29, 2008
4  Case Management Conference:                                       August 12, 2008, at 4:00 p.m.

6  Dated: May 16, 2008                     Respectfully submitted,

7                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

9                                          _____/s/_____
                                           MELANIE L. PROCTOR[1]
10                                         Assistant United States Attorney

13 Dated: May 16, 2008                     _____/s/_____
                                           GERI N. KAHN
14                                         Attorney for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

19 Date:   May 20, 2008                    _____
                                           WAYNE D. BRAZIL
20                                         United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIP TO EXTEND
No. C 08-1381 WDB                          2