1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2    JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division
3    MELANIE L. PROCTOR (CSBN 228971)
     Melanie.Proctor@usdoj.gov
4    Assistant United States Attorney

5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-6730
         FAX: (415) 436-6927
7
     Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12   VICTORIA VAINSHTOK,                  )    No. C 08-1381 WDB
                                          )
13                        Plaintiff,      )
                                          )
14          v.                            )    **STIPULATION TO DISMISS; AND**
                                          )    **ORDER**
15   Department of Homeland Security,     )
     Michael Chertoff, Secretary, et al.,  )
16                                        )
                          Defendants.     )
17   _____ )

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION TO DISMISS
No. C 08-1381 WDB

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

The parties shall bear their own costs and fees.

Dated: May 27, 2008                                        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney


Dated: May 27, 2008                          _____/s/_____
GERI N. KAHN
Attorney for Plaintiff


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.   All pending deadlines are hereby TERMINATED.  The Clerk shall close the file.


Date:   5/28/2008                          _____
WAYNE D. BRAZIL
United States Magistrate Judge


_____

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 08-1381 WDB                     2